IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Caldwell,<br><br>    Plaintiff,<br><br>v.<br><br>InstantAlign Incorporated,<br><br>    Defendant. | No. CV-24-02816-PHX-DGC<br><br>**ORDER** |

**IT IS ORDERED** this case is dismissed with prejudice, each side to bear its own attorneys' fees and costs.  *See* Docs. 7, 8.

Dated this 10th day of April, 2025.

David G. Campbell
Senior United States District Judge